AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00059 |
| MELANIE M. ARCHER | ) Assigned To: Meriweather, Robin M. |
|  | ) Assign. Date: 3/11/2022 |
|  | ) Description: Complaint with Arrest Warrants |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MELANIE M. ARCHER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 03/14/2022

2022.03.14 14:28:32 -04'00'
Issuing officer's signature

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 3/14/2022, and the person was arrested on *(date)* 3/21/2022
at *(city and state)* Pittsburgh, PA.

Date: 3/21/2022

Arresting officer's signature

Matthew L. Dunleavy, Special Agent, FBI
Printed name and title